UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | NO. 22-10694-PMM |
| MARY JANE SMITH | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

Please be advised that Kellie Rahl-Heffner, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania 18105-4060, hereby enters his appearance on behalf of the Creditor, Santander Bank, N.A., requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully Submitted,

 /s/Kellie Rahl-Heffner
Kellie Rahl-Heffner, Esq.
Attorney for Santander Bank, N.A.
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060

Date: May 13, 2022
610-820-5450
krahl-heffner@grossmcginley.com