# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :
    MARY JANE SMITH                  :           Chapter 13
                                                      :
    Debtor                           :           Bankruptcy No. 20-10694 PMM

## NOTICE OF OBJECTION TO PROOF OF CLAIM NO. 4 AND HEARING DATE

    Mary Jane Smith, by and through her attorney, David S. Gellert, Esquire, of David S. Gellert, P.C., has filed an Objection to the Proof of Claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the Objection** scheduled to be held on Thursday, July 14, 2022 at 11:00 A.M. in Courtroom Fourth Floor, U.S. Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601. If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the Objection to your claim.

3. **If you intend to appear at the hearing** to contest the Objection to your claim, **you must notify the person listed below at least seven (7) day before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: June 7, 2022

                                    /s/ David S. Gellert
                                    David S. Gellert, Esquire
                                    David S. Gellert, P.C.
                                    3506 Perkiomen Avenue
                                    Reading, PA 19606
                                    (610) 779-8000
                                    Fax: (610) 370-1393
                                    dsgrdg@ptdprolog.net