# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    MARY JANE SMITH | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 22-10694 PMM |

## ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 20 filed by HSBC Bank USA, N.A., in the amount of $2,936.82, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 20 filed by HSBC Bank USA, N.A., shall be disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: July 15, 2022**