United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10694-pmm

Mary Jane Smith     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Jul 18, 2022     Form ID: pdf900     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Jane Smith, 1128 Perkiomen Avenue, Reading, PA 19602-1349 |
| cr | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14693815 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 19 2022 00:00:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14677502 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 18 2022 23:59:00 | HSBC Bank USA, N.A., P. O. Box 9, Buffalo, NY 14240-0009 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Mary Jane Smith dsgrdg@ptdprolog.net |
| KELLIE LYNNE RAHL-HEFFNER | |

on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

REBECCA ANN SOLARZ
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| MARY JANE SMITH | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 22-10694 PMM |

### ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 20 filed by HSBC Bank USA, N.A., in the amount of $2,936.82, and after notice and opportunity for a hearing, it is hereby

**ORDERED** that Proof of Claim No. 20 filed by HSBC Bank USA, N.A., shall be disallowed in its entirety.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: July 15, 2022**