Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-10694-PMM**

Mary Jane Smith  
1128 Perkiomen Avenue  
Reading  PA   19602

Petition Filed Date: 03/22/2022  
341 Hearing Date: 04/26/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/28/2022 | $100.00 | | 05/09/2022 | $100.00 | | 06/08/2022 | $100.00 | |
| 07/12/2022 | $100.00 | | | | | | | |

**Total Receipts for the Period:  $400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,000.00 | $0.00 | $3,000.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,825.11 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,497.39 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $1,027.59 | $0.00 | $0.00 |
| 4 | ROCKET LOANS »» 004 | Unsecured Creditors | $3,820.85 | $0.00 | $0.00 |
| 5 | PERITUS PORTFOLIO SERVICES II, LLC »» 005 | Unsecured Creditors | $3,742.83 | $0.00 | $0.00 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $1,773.75 | $0.00 | $0.00 |
| 7 | ROCKET MORTGAGE LLC »» 007 | Mortgage Arrears | $256.77 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $2,426.79 | $0.00 | $0.00 |
| 9 | MERRICK BANK »» 009 | Unsecured Creditors | $2,350.10 | $0.00 | $0.00 |
| 10 | FIRST NATIONAL BANK OMAHA »» 010 | Unsecured Creditors | $6,755.13 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK NEVADA NA »» 011 | Unsecured Creditors | $6,289.71 | $0.00 | $0.00 |
| 12 | CITIBANK NA »» 012 | Unsecured Creditors | $1,646.21 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $815.42 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $1,062.08 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $5,772.27 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-10694-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,275.72 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $924.43 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $2,629.10 | $0.00 | $0.00 |
| 19 | SANTANDER BANK NA<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | HSBC BANK USA NA<br>»» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | ROCKET LOANS<br>»» 021 | Unsecured Creditors | $3,820.85 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $32.00 | Total Plan Base: | $3,600.00 |
| Funds on Hand: | $368.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.