# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    MARY JANE SMITH | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 22-10694 PMM |

## ORDER

Upon consideration of the Objection of the Debtor to Proof of Claim No. 21 of Rocket Loans and after notice and opportunity for hearing, it is hereby

**ORDERED** that Proof of Claim No. 21 of Rocket Loans is hereby disallowed in its entirety.

BY THE COURT:

*/s/ Patricia M. Mayer/*

**Date: September 1, 2022**

Patricia M. Mayer
United States Bankruptcy Judge