## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     MARY JANE SMITH | : | Chapter 13 |
| | : | |
|     Debtor | : | Bankruptcy No. 22-10694 PMM |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 30th day of September, 2022, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated September 8, 2022 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  September 30, 2022               s/   David S. Gellert
                                                                                        David S. Gellert, Esquire
                                                                                       David S. Gellert, P.C.
                                                                                       3506 Perkiomen Avenue
                                                                                       Reading, PA 19606
                                                                                       (610) 779-8000
                                                                                       Fax: (610) 370-1393
                                                                                       dsgrdg@ptdprolog.net