United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-10694-pmm |
|---|---|
| Mary Jane Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2022 | Form ID: 155 | Total Noticed: 73 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Jane Smith, 1128 Perkiomen Avenue, Reading, PA 19602-1349 |
| 14677483 | ++ | ALLIED INTERNATIONAL CREDIT CORP US, 6800 PARAGON PLACE, SUITE 400, RICHMOND VA 23230-1654 address filed with court:, Allied International Credit Corp., 6800 Paragon Place, Suite 400, Richmond, VA 23230 |
| 14677485 | + | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14677489 | | City of Reading EMS, P. O. Box 782793, Philadelphia, PA 19178-2793 |
| 14693815 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 14677503 | + | InvestiNet, LLC, 910 Pinckney St., Greenville, SC 29609-5806 |
| 14677512 | | Reading Hospital, P. O. Box 16051, Reading, PA 19612-6051 |
| 14706652 | + | Rocket Loans, 1274 Library Street, Detroit MI 48226-2256 |
| 14706653 | + | Rocket Loans, 28596 Network Place, Chicago IL 60673-1285 |
| 14679793 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC f/k/a Quicken L, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14677518 | + | RocketLoans, 1274 Library St., Detroit, MI 48226-2256 |
| 14677517 | + | RocketLoans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |
| 14681122 | | RocketLoans, 28596 Network Place, Chicago, IL 606731285 |
| 14691041 | | Santander Bank NA, P.O. Box 847051, Boston, MA 02284-7051 |
| 14690871 | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14690970 | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14677526 | | Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |
| 14683684 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14677528 | | Wells Fargo Card Services, P. O. Box 10347, Des Moines, IA 50306-0347 |
| 14684012 | + | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14677484 | Email/Text: bnc@alltran.com | Oct 07 2022 00:00:00 | Alltran Financial LP, P. O. Box 722929, Houston, TX 77272-2929 |
| 14677486 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2022 00:00:00 | Boscov's, Comenity Capital Bank, P. O. Box 183043, Columbus, OH 43218-3043 |
| 14677487 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 00:06:45 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14682168 | + Email/PDF: ebn_ais@aisinfo.com | Oct 07 2022 00:07:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14682373 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 00:07:07 | Capital One Bank (USA), N.A. A. by American InfoSo, PO Box 71083, Charlotte NC 28272-1083 |
| 14677488 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 00:07:09 | Carson Smithfield, LLC, P. O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14684461 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 00:06:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

District/off: 0313-4                    User: admin                         Page 2 of 4

Date Rcvd: Oct 06, 2022                 Form ID: 155                    Total Noticed: 73

| | | | | |
|---|---|---|---|---|
| 14684639 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 00:07:10 | Citibank, N.A., 6716 Grade Ln Blg 9, Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14677490 | + | Email/Text: mediamanagers@clientservices.com | Oct 07 2022 00:00:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14677491 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2022 00:00:00 | Comenity Capital Bank, P. O. Box 183003, Columbus, OH 43218-3003 |
| 14677492 | + | Email/Text: clientservices@credit-control.com | Oct 07 2022 00:00:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 14677493 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2022 00:06:59 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14677494 | + | Email/Text: kthompson@crownasset.com | Oct 07 2022 00:00:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd., Ste. 725, Duluth, GA 30096-7605 |
| 14719743 | + | Email/Text: dsgrdg@ptdprolog.net | Oct 07 2022 00:00:00 | David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14677497 | | Email/Text: ffambk@1fam.com | Oct 07 2022 00:00:00 | First Financial Asset Mgmt Inc, 3091 Governors Lake Dr., Suite 500, Norcross, GA 30071 |
| 14677499 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 07 2022 00:00:00 | FNB Omaha, P. O. Box 3412, Omaha, NE 68197 |
| 14677495 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 07 2022 00:00:00 | First Bankcard, P. O. Box 2557, Omaha, NE 68103-2557 |
| 14677496 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 07 2022 00:00:00 | First Bankcard, P. O. Box 3696, Omaha, NE 68103-0696 |
| 14683204 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 07 2022 00:00:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE 68197 |
| 14677498 | + | Email/Text: crdept@na.firstsource.com | Oct 07 2022 00:00:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14677500 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 07 2022 00:00:00 | Genesis FS Card Services, P. O. Box 4499, Beaverton, OR 97076-4499 |
| 14677502 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 07 2022 00:00:00 | HSBC Bank USA, N.A., P. O. Box 9, Buffalo, NY 14240-0009 |
| 14677501 | | Email/Text: Harris@ebn.phinsolutions.com | Oct 07 2022 00:00:00 | Harris & Harris, Ltd., 111 W. Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 14681385 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2022 00:00:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14677504 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2022 00:00:00 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14677506 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:07:00 | LVNV Funding LLC, P. O. Box 10497, Greenville, SC 29603-0497 |
| 14677505 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:06:48 | LVNV Funding LLC, P. O. Box 10584, Greenville, SC 29603-0584 |
| 14679294 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:06:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14682939 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 00:06:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14677510 | ^ | MEBN | Oct 06 2022 23:59:04 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14677508 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 00:06:47 | Merrick Bank, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14677509 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 00:00:00 | Midland Credit Management, P. O. Box 301030, Los Angeles, CA 90030-1030 |

District/off: 0313-4 | User: admin | Page 3 of 4
Date Rcvd: Oct 06, 2022 | Form ID: 155 | Total Noticed: 73

| | | | |
|---|---|---|---|
| 14682705 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 00:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14677511 | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:06:59 | Q Card, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14688683 | + Email/Text: bnc-quantum@quantum3group.com | Oct 07 2022 00:00:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14688409 | Email/Text: bnc-quantum@quantum3group.com | Oct 07 2022 00:00:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14677513 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:06:47 | Resurgent Acquisitions LLC, P. O. Box 10497, Greenville, SC 29603-0497 |
| 14677514 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:06:47 | Resurgent Capital Services, 55 Beattie Place, Suite 110, MS 576, Greenville, SC 29601-5115 |
| 14677515 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 00:07:09 | Resurgent Capital Services, LP, P. O. Box 10497, Greenville, SC 29603-0497 |
| 14677516 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 07 2022 00:00:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14679477 | ^ MEBN | Oct 06 2022 23:59:07 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14682488 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 07 2022 00:00:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14677519 | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:06:59 | Sam's Club, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14677520 | Email/Text: DeftBkr@santander.us | Oct 07 2022 00:00:00 | Santander Bank, Mail Code: 10-421-CN2, P. O. Box 12646, Reading, PA 19612-2646 |
| 14696584 | + Email/Text: DeftBkr@santander.us | Oct 07 2022 00:00:00 | Santander Bank,NA, 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14677521 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 00:07:00 | Shop Your Way MasterCard, P. O. Box 6276, Sioux Falls, SD 57117-6276 |
| 14678427 | + Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:07:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14677522 | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:06:46 | Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14678171 | + Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 00:06:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14677524 | + Email/Text: jcissell@bankofmissouri.com | Oct 07 2022 00:00:00 | TBOM - Milestone, 216 W. 2nd St., Dixon, MO 65459-8048 |
| 14677525 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 07 2022 00:00:00 | TBOM/Milestone, P. O. Box 4499, Beaverton, OR 97076-4499 |
| 14677527 | Email/Text: BPAN_Bankruptcy@teamhealth.com | Oct 07 2022 00:00:00 | Tower Health Medical Group, 3231 North Star Circle, Louisville, TN 37777-5059 |
| 14677523 | + Email/Text: bncmail@w-legal.com | Oct 07 2022 00:00:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14683684 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:07:07 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14677528 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 00:06:45 | Wells Fargo Card Services, P. O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14677507 | *+ | LVNV Funding, LLC, P. O. Box 10497, Greenville, SC 29603-0497 |
| 14696585 | * | Santander Bank NA, P.O. Box 847051, Boston, MA 02284-7051 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID S. GELLERT | on behalf of Debtor Mary Jane Smith dsgrdg@ptdprolog.net |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mary Jane Smith

        Debtor(s)

Chapter: 13

Bankruptcy No: 22–10694–pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 6th day of October 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                     Patricia M. Mayer
                                     Judge ,
                                     United States Bankruptcy Court