| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-10694-PMM

| | |
|---|---|
| Mary Jane Smith<br>1128 Perkiomen Avenue<br>Reading  PA    19602 | Petition Filed Date: 03/22/2022<br>341 Hearing Date: 04/26/2022<br>Confirmation Date: 10/06/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $100.00 | | 09/09/2022 | $100.00 | | 10/11/2022 | $100.00 | |
| 11/08/2022 | $100.00 | | 12/08/2022 | $100.00 | | 01/11/2023 | $100.00 | |
| 02/08/2023 | $100.00 | | 03/08/2023 | $100.00 | | 04/10/2023 | $100.00 | |
| 05/08/2023 | $100.00 | | 06/08/2023 | $100.00 | | 07/11/2023 | $100.00 | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,149.26 | $1,468.00 | $3,681.26 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $1,825.11 | $0.00 | $1,825.11 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $1,497.39 | $0.00 | $1,497.39 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $1,027.59 | $0.00 | $1,027.59 |
| 4 | ROCKET LOANS<br>»»  004 | Unsecured Creditors | $3,820.85 | $0.00 | $3,820.85 |
| 5 | PERITUS PORTFOLIO SERVICES II, LLC<br>»»  005 | Unsecured Creditors | $3,742.83 | $0.00 | $3,742.83 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»»  006 | Unsecured Creditors | $1,773.75 | $0.00 | $1,773.75 |
| 7 | ROCKET MORTGAGE LLC<br>»»  007 | Mortgage Arrears | $256.77 | $0.00 | $256.77 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»»  008 | Unsecured Creditors | $2,426.79 | $0.00 | $2,426.79 |
| 9 | MERRICK BANK<br>»»  009 | Unsecured Creditors | $2,350.10 | $0.00 | $2,350.10 |
| 10 | FIRST NATIONAL BANK OMAHA<br>»»  010 | Unsecured Creditors | $6,755.13 | $0.00 | $6,755.13 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»»  011 | Unsecured Creditors | $6,289.71 | $0.00 | $6,289.71 |
| 12 | CITIBANK NA<br>»»  012 | Unsecured Creditors | $1,646.21 | $0.00 | $1,646.21 |
| 13 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $815.42 | $0.00 | $815.42 |
| 14 | LVNV FUNDING LLC<br>»»  014 | Unsecured Creditors | $1,062.08 | $0.00 | $1,062.08 |

**Chapter 13 Case No. 22-10694-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $5,772.27 | $0.00 | $5,772.27 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,275.72 | $0.00 | $2,275.72 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $924.43 | $0.00 | $924.43 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $2,629.10 | $0.00 | $2,629.10 |
| 19 | SANTANDER BANK NA<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | HSBC BANK USA NA<br>»» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | ROCKET LOANS<br>»» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,700.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $1,468.00 | Arrearages: | ($100.00) |
| Paid to Trustee: | $141.00 | Total Plan Base: | $58,110.00 |
| Funds on Hand: | $91.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.