United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mary Jane Smith  
    Debtor

Case No. 22-10694-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 4
Date Rcvd: Aug 21, 2024 | Form ID: 138OBJ | Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Jane Smith, 1128 Perkiomen Avenue, Reading, PA 19602-1349 |
| 14677483 | ++ | ALLIED INTERNATIONAL CREDIT CORP US, 6800 PARAGON PLACE, SUITE 400, RICHMOND VA 23230-1654 address filed with court:, Allied International Credit Corp., 6800 Paragon Place, Suite 400, Richmond, VA 23230 |
| 14677489 | | City of Reading EMS, P. O. Box 782793, Philadelphia, PA 19178-2793 |
| 14677512 | | Reading Hospital, P. O. Box 16051, Reading, PA 19612-6051 |
| 14706653 | + | Rocket Loans, 28596 Network Place, Chicago IL 60673-1285 |
| 14679793 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC f/k/a Quicken L, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14681122 | | RocketLoans, 28596 Network Place, Chicago, IL 606731285 |
| 14677517 | + | RocketLoans, 1001 Woodward, Suite 1750, Detroit, MI 48226-1904 |
| 14691041 | | Santander Bank NA, P.O. Box 847051, Boston, MA 02284-7051 |
| 14690871 | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14690970 | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14677526 | | Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |
| 14684012 | + | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 22 2024 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 22 2024 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14677484 | | Email/Text: bnc@alltran.com | Aug 22 2024 00:26:00 | Alltran Financial LP, P. O. Box 722929, Houston, TX 77272-2929 |
| 14677485 | ^ | MEBN | Aug 22 2024 00:12:31 | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14677486 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2024 00:26:00 | Boscov's, Comenity Capital Bank, P. O. Box 183043, Columbus, OH 43218-3043 |
| 14677492 | | Email/Text: correspondence@credit-control.com | Aug 22 2024 00:26:00 | Credit Control, LLC, 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042 |
| 14677487 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:27:32 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14682168 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:28:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14682373 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:27:33 | Capital One Bank (USA), N.A. A. by American InfoSo, PO Box 71083, Charlotte NC 28272-1083 |
| 14677488 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Record # | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 14684461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 00:28:09 | Carson Smithfield, LLC, P. O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14684639 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 00:28:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14677490 | + | Email/Text: mediamanagers@clientservices.com | Aug 22 2024 00:44:48 | Citibank, N.A., 6716 Grade Ln Blg 9, Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14677491 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2024 00:26:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14677493 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2024 00:26:00 | Comenity Capital Bank, P. O. Box 183003, Columbus, OH 43218-3003 |
| 14677494 | + | Email/Text: bankruptcies@crownasset.com | Aug 22 2024 00:28:58 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14719743 | + | Email/Text: dsgrdg@ptdprolog.net | Aug 22 2024 00:26:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd., Ste. 725, Duluth, GA 30096-7605 |
| 14677497 | | Email/Text: ffambk@1fam.com | Aug 22 2024 00:26:00 | David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14677499 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 22 2024 00:26:00 | First Financial Asset Mgmt Inc, 3091 Governors Lake Dr., Suite 500, Norcross, GA 30071 |
| 14677495 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 22 2024 00:26:00 | FNB Omaha, P. O. Box 3412, Omaha, NE 68197 |
| 14677496 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 22 2024 00:26:00 | First Bankcard, P. O. Box 2557, Omaha, NE 68103-2557 |
| 14683204 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 22 2024 00:26:00 | First Bankcard, P. O. Box 3696, Omaha, NE 68103-0696 |
| 14677498 | + | Email/Text: crdept@na.firstsource.com | Aug 22 2024 00:26:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE 68197 |
| 14677500 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 22 2024 00:26:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14693815 | | ^ MEBN | Aug 22 2024 00:26:00 | Genesis FS Card Services, P. O. Box 4499, Beaverton, OR 97076-4499 |
| 14677502 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 22 2024 00:12:39 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 14677501 | | Email/Text: Harris@ebn.phinsolutions.com | Aug 22 2024 00:26:00 | HSBC Bank USA, N.A., P. O. Box 9, Buffalo, NY 14240-0009 |
| 14677503 | + | Email/Text: consumercare@investinet.com | Aug 22 2024 00:26:00 | Harris & Harris, Ltd., 111 W. Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 14681385 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 22 2024 00:26:00 | InvestiNet, LLC, 910 Pinckney St., Greenville, SC 29609-5806 |
| 14677504 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 22 2024 00:26:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14677506 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:26:00 | Kohl's, P. O. Box 3043, Milwaukee, WI 53201-3043 |
| 14677505 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:27:30 | LVNV Funding LLC, P. O. Box 10497, Greenville, SC 29603-0497 |
| 14679294 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:28:10 | LVNV Funding LLC, P. O. Box 10584, Greenville, SC 29603-0584 |
| 14682939 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2024 00:28:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14677510 | | ^ MEBN | Aug 22 2024 00:28:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 22-10694-pmm   Doc 56   Filed 08/23/24   Entered 08/24/24 00:32:26   Desc Imaged
                             Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 138OBJ | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 22 2024 00:12:29 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14677508 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 22 2024 00:44:02 | Merrick Bank, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14677509 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 22 2024 00:26:00 | Midland Credit Management, P. O. Box 301030, Los Angeles, CA 90030-1030 |
| 14682705 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 22 2024 00:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14677511 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 22 2024 00:29:12 | Q Card, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14688683 | + | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 22 2024 00:26:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14688409 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 22 2024 00:26:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14677513 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 22 2024 00:28:10 | Resurgent Acquisitions LLC, P. O. Box 10497, Greenville, SC 29603-0497 |
| 14677514 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 22 2024 00:44:01 | Resurgent Capital Services, 55 Beattie Place, Suite 110, MS 576, Greenville, SC 29601-5115 |
| 14677515 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 22 2024 00:29:14 | Resurgent Capital Services, LP, P. O. Box 10497, Greenville, SC 29603-0497 |
| 14706652 | + | Email/Text: OpsEscalations@RocketLoans.com | | |
| | | | Aug 22 2024 00:26:00 | Rocket Loans, 1274 Library Street, Detroit MI 48226-2256 |
| 14677516 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 22 2024 00:26:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14679477 | ^ | MEBN | | |
| | | | Aug 22 2024 00:12:36 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14682488 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Aug 22 2024 00:26:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14677518 | + | Email/Text: OpsEscalations@RocketLoans.com | | |
| | | | Aug 22 2024 00:26:00 | RocketLoans, 1274 Library St., Detroit, MI 48226-2256 |
| 14677519 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 22 2024 00:45:42 | Sam's Club, Synchrony Bank, P. O. Box 965065, Orlando, FL 32896-5065 |
| 14677520 | | Email/Text: DeftBkr@santander.us | | |
| | | | Aug 22 2024 00:26:00 | Santander Bank, Mail Code: 10-421-CN2, P. O. Box 12646, Reading, PA 19612-2646 |
| 14696584 | + | Email/Text: DeftBkr@santander.us | | |
| | | | Aug 22 2024 00:26:00 | Santander Bank,NA, 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14677521 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 22 2024 00:29:06 | Shop Your Way MasterCard, P. O. Box 6276, Sioux Falls, SD 57117-6276 |
| 14678427 | ^ | MEBN | | |
| | | | Aug 22 2024 00:12:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14677522 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 22 2024 00:42:25 | Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14678171 | ^ | MEBN | | |
| | | | Aug 22 2024 00:12:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14677524 | + | Email/Text: jcissell@bankofmissouri.com | | |
| | | | Aug 22 2024 00:26:00 | TBOM - Milestone, 216 W. 2nd St., Dixon, MO 65459-8048 |
| 14677525 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Aug 22 2024 00:26:00 | TBOM/Milestone, P. O. Box 4499, Beaverton, OR 97076-4499 |
| 14677527 | | Email/Text: BPAN_Bankruptcy@teamhealth.com | | |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: 138OBJ | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 22 2024 00:26:00 | Tower Health Medical Group, 3231 North Star Circle, Louisville, TN 37777-5059 |
| 14677523 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 22 2024 00:26:00 | Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14683684 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Aug 22 2024 00:28:57 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14677528 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Aug 22 2024 00:28:09 | Wells Fargo Card Services, P. O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14677507 | *+ | LVNV Funding, LLC, P. O. Box 10497, Greenville, SC 29603-0497 |
| 14696585 | * | Santander Bank NA, P.O. Box 847051, Boston, MA 02284-7051 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Mary Jane Smith dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 54 − 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Mary Jane Smith<br><br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22−10694−pmm<br><br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 21, 2024

For The Court

Timothy B. McGrath
Clerk of Court