| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-10694-PMM**

Mary Jane Smith
1128 Perkiomen Avenue
Reading  PA    19602

Petition Filed Date: 03/22/2022
341 Hearing Date: 04/26/2022
Confirmation Date: 10/06/2022

Case Status: Completed on 7/18/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $100.00 | | 09/11/2023 | $100.00 | | 10/10/2023 | $100.00 | |
| 11/08/2023 | $100.00 | | 12/08/2023 | $100.00 | | 01/09/2024 | $100.00 | |
| 02/08/2024 | $100.00 | | 03/08/2024 | $100.00 | | 04/08/2024 | $100.00 | |
| 05/09/2024 | $100.00 | | 06/10/2024 | $100.00 | | 07/09/2024 | $100.00 | |
| 07/18/2024 | $55,089.46 | 129 | | | | | | |

**Total Receipts for the Period:  $56,289.46   Amount Refunded to Debtor Since Filing:  $100.00   Total Receipts Since Filing: $57,889.46**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,149.26 | $5,149.26 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,825.11 | $1,825.11 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,497.39 | $1,497.39 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,027.59 | $1,027.59 | $0.00 |
| 4 | ROCKET LOANS<br>»» 004 | Unsecured Creditors | $3,820.85 | $3,820.85 | $0.00 |
| 5 | PERITUS PORTFOLIO SERVICES II, LLC<br>»» 005 | Unsecured Creditors | $3,742.83 | $3,742.83 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $1,773.75 | $1,773.75 | $0.00 |
| 7 | ROCKET MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $256.77 | $256.77 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $2,426.79 | $2,426.79 | $0.00 |
| 9 | MERRICK BANK<br>»» 009 | Unsecured Creditors | $2,350.10 | $2,350.10 | $0.00 |
| 10 | FIRST NATIONAL BANK OMAHA<br>»» 010 | Unsecured Creditors | $6,755.13 | $6,755.13 | $0.00 |
| 11 | WELLS FARGO BANK NEVADA NA<br>»» 011 | Unsecured Creditors | $6,289.71 | $6,289.71 | $0.00 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $1,646.21 | $1,646.21 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $815.42 | $815.42 | $0.00 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,062.08 | $1,062.08 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $5,772.27 | $5,772.27 | $0.00 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,275.72 | $2,275.72 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $924.43 | $924.43 | $0.00 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $2,629.10 | $2,629.10 | $0.00 |
| 19 | SANTANDER BANK NA<br>»» 019 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | HSBC BANK USA NA<br>»» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | ROCKET LOANS<br>»» 021 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CITY OF READING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | CROWN ASSET MANAGEMENT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | FNB OMAHA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | GENESIS FS CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | READING HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | TARGET CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | TOWER HEALTH SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | TOWER HEALTH MEDICAL GROUP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Mary Jane Smith | Debtor Refunds | $100.00 | $100.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $57,889.46 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $52,140.51 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,748.95 | Total Plan Base: | $58,110.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.