United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mary Jane Smith  
    Debtor

Case No. 22-10694-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Nov 27, 2024     Form ID: 138FIN     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Jane Smith, 1128 Perkiomen Avenue, Reading, PA 19602-1349 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Nov 27 2024 23:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 27 2024 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:**

**Name**     **Email Address**

DAVID S. GELLERT  
    on behalf of Debtor Mary Jane Smith dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON  
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 27, 2024 | Form ID: 138FIN | Total Noticed: 3 |

KELLIE LYNNE RAHL-HEFFNER
    on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138FIN* (6/24)−doc 62 − 61

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Mary Jane Smith ) Case No. 22−10694−pmm
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: November 27, 2024                                                     For The Court

                                                                                        Timothy B. McGrath
                                                                                        Clerk of Court